

EXHIBIT 1A

| EXHIBIT NUMBER | STUDENT NAME | CONTENTS |
|---|---|---|
| 1A | N/A | Index to exhibits |
| 1B | N/A | Letter transferring Relator from the Florida Career College (FCC) Boynton Beach Campus to the FCC West Palm Beach Campus |
| 2 | R.A. | Fake diploma alleging graduation from a Haitian secondary school |
| 3 | J.V.B. | Universal Translation & Evaluation Services General Evaluation Report signed by Rose Hart certifying that J.V.B. had earned the equivalent of a US high school diploma |
| 4 | C.D.J.J. | Fake diploma alleging graduation from a Haitian secondary school |
| 5A | R.A.D. | Fake diploma alleging graduation from a Haitian secondary school |
| 5B | R.A.D. | Email from Rose Hart to FCC Customer Service Coordinator Kema Barkley certifying that R.A.D. had earned the equivalent of a US high school diploma and demanding $100 |
| 5C | R.A.D. | Universal Translation & Evaluation Services General Evaluation Report signed by Rose Hart certifying that R.A.D. had earned the equivalent of a US high school diploma |
| 5D | R.A.D. | R.A.D.'s FCC/UEI College Foreign Diploma Evaluation Application |
| 6A | V.D. | Universal Translation & Evaluation Services General Evaluation Report signed by Rose Hart certifying that V.D. had earned the equivalent of a US high school diploma |

| 6B | V.D. | Email from Rose Hart to FCC Customer Service Coordinator Kema Barkley, certifying that V.D. had earned the equivalent of a US high school diploma and demanding $100 |
| --- | --- | --- |
| 6C | V.D. | V.D.'s FCC/UEI College Foreign Diploma Evaluation Application |
| 6D | V.D. | V.D.'s Florida Driver's License |
| 6E | V.D. | Fake diploma alleging graduation from a Haitian secondary school |
| 7A | M.J.F. | Fake diploma alleging graduation from a Haitian secondary school |
| 7B | M.J.F. | M.J.F.'s Florida Marriage Record |
| 7C | M.J.F. | M.J.F.'s Florida Driver's License |
| 8 | I.G. | Fake diploma alleging graduation from a Haitian secondary school |
| 9A | W.J. | Universal Translation & Evaluation Services General Evaluation Report signed by Rose Hart certifying that W.J. had earned the equivalent of a US high school diploma |
| 9B | W.J. | Email from Rose Hart to FCC Customer Service Coordinator Kema Barkley, certifying that W.J. had earned the equivalent of a US high school diploma and demanding $100 |
| 9C | W.J. | W.J.'s FCC/UEI College Foreign Diploma Evaluation Application |
| 9D | W.J. | Fake diploma and fake transcript alleging graduation from a Haitian secondary school in the year 2008 |

| | | |
|---|---|---|
| 9E | W.J. | Fake diploma and fake transcript alleging graduation from a Haitian secondary school in the year 2009 |
| 9F | W.J. | W.J.'s Haitian passport |
| 9G | W.J. | W.J.'S United States Permanent Resident Card |
| 10A | E.L. | Email from Rose Hart to FCC Customer Service Coordinator Kema Barkley certifying that E.L. had the equivalent of a US high school diploma and demanding $100 |
| 10B | E.L. | Fake diploma alleging graduation from a Haitian secondary school |
| 10C | E.L. | Universal Translation & Evaluation Services General Evaluation Report signed by Rose Hart certifying that E.L. had earned the equivalent of a US high school diploma |
| 11A | F.L. | Email from Rose Hart to FCC Customer Service Coordinator Kema Barkley certifying that F.L. had the equivalent of a US high school diploma and demanding $100 |
| 11B | F.L. | F.L.'s FCC/UEI College Foreign Diploma Evaluation Application |
| 11C | F.L. | Universal Translation & Evaluation Services General Evaluation Report signed by Rose Hart certifying that F.L. had earned the equivalent of a US high school diploma |
| 12A | L.O. | Fake diploma alleging graduation from a Haitian secondary school in June of 2012 |
| 12B | L.O. | Fake diploma from the Goliath Academy, allegedly issued in October of 2016 |

| | | |
|---|---|---|
| 12C | L.O. | December 8, 2016, email chain between Relator and IEC Student Account Specialist Glenda Camarillo indicating that L.O. would not be admitted to FCC because her diploma was from Goliath Academy, which per Glenda Camarillo is a "blacklist" school |
| 12D | L.O. | December 12, 2016, email chain between IEC Student Account Specialist Glenda Camarillo and Kema Barkley indicating that L.O. was cleared for admission to FCC |
| 13A | B.O. | Proof of Graduation or General Education Development Verification Form, dated 12/20/16, indicating that B.O. did not graduate from high school or obtain a GED from Adult Education |
| 13B | B.O. | Florida Career College (FCC) Admission Affidavit, dated 9/16/15, signed by FCC Student Financial Advisor Stephanie Gold indicating that B.O. had obtained a GED from Adult Education |
| 13C | B.O. | B.O.'s Student Loan History |
| 13D | B.O. | B.O.'s Grant History |
| 13E | B.O. | B.O.'s Overpayment List |
| 13F | B.O. | B.O.'s FCC Enrollment Agreement, dated 9/16/16 |
| 14A | J.J. | General Evaluation Report from Rose Hart certifying that J.J. had the equivalent of a high school diploma |
| 14B | J.J. | Emails between FCC Customer Service Coordinator Kema Barkley and Rose Hart wherein Rose Hart affirms J.J. has the equivalent of a high school diploma and demands $100 |

| 14C | J.J. | J.J.'s FCC/UEI College Foreign Diploma Evaluation Application |
| --- | --- | --- |
| 14D | J.J. | Fake diploma alleging graduation from a Haitian secondary school |
| 14E | J.J. | J.J.'s Florida Learners Class Driver's License |
| 15A | M.P. | Universal Translation & Evaluation Services General Evaluation Report signed by Rose Hart certifying that M.P. had earned the equivalent of a US high school diploma |
| 15B | M.P. | Email from Rose Hart to FCC Customer Service Coordinator Kema Barkley, certifying that M.P. had earned the equivalent of a US high school diploma and demanding $100 |
| 15C | M.P. | M.P.'s FCC/UEI College Foreign Diploma Evaluation Application |
| 15D | M.P. | Fake diploma alleging graduation from a Haitian secondary school |
| 15E | M.P. | M.P.'s State of Florida Marriage Record |
| 16A | D.P. | Email from Rose Hart to FCC Customer Service Coordinator Kema Barkley, certifying that D.P. had earned the equivalent of a US high school diploma and demanding $100 |
| 16B | D.P. | Universal Translation & Evaluation Services General Evaluation Report signed by Rose Hart certifying that D.P. had earned the equivalent of a US high school diploma |
| 16C | D.P. | D.P.'s FCC/UEI College Foreign Diploma Evaluation Application |
| 16D | D.P. | Fake diploma alleging graduation from a Haitian secondary school |

| 16E | D.P. | D.P.'s US Permanent Resident ID Card |
|---|---|---|
| 17A | L.R.P. | Universal Translation & Evaluation Services General Evaluation Report signed by Rose Hart certifying that L.R.P. had earned the equivalent of a US high school diploma |
| 17B | L.R.P. | L.R.P. Florida Driver's License |
| 17C | L.R.P. | Emails between Rose Hart and FCC Customer Service Coordinator Kema Barkley wherein they discuss fixing the spelling of L.R.P's name on the Universal Translation & Evaluation Services General Evaluation Report |
| 18 | G.P. | Universal Translation & Evaluation Services General Evaluation Report signed by Rose Hart certifying that G.P. had earned the equivalent of a US high school diploma |
| 19A | A.P. | Universal Translation & Evaluation Services General Evaluation Report from Rose Hart certifying that A.P. had the equivalent of a high school diploma |
| 19B | A.P. | Emails between FCC Customer Service Coordinator Kema Barkley and Rose Hart wherein Rose Hart affirms A.P. has the equivalent of a high school diploma and demands $100 |
| 19C | A.P. | A.P.'s FCC/UEI College Foreign Diploma Evaluation Application |
| 19D | A.P. | Fake diploma alleging graduation from a Haitian secondary school |
| 20A | M.P. | Fake diploma alleging graduation from a Haitian secondary school |
| 20B | M.P. | Emails between FCC Customer Service Coordinator Kema Barkley and Rose Hart |

|  |  |  |
|---|---|---|
|  |  | wherein Rose Hart affirms M.P. has the equivalent of a high school diploma and demands $100 |
| 20C | M.P. | General Evaluation Report from Rose Hart certifying that M.P. had the equivalent of a high school diploma |
| 20D | M.P. | 2016-2017 Institutional Student Information Record for M.P. from IEC |
| 20E | M.P. | M.P.'s FCC/UEI College Foreign Diploma Evaluation Application |
| 20F | M.P. | M.P.'s Florida Driver's License |
| 20G | M.P. | Student Details page for M.P. from a Broadleaf Solutions /FCC webpage |
| 21A | L.P. | Emails between FCC Customer Service Coordinator Kema Barkley and Rose Hart wherein Rose Hart affirms L.P. has the equivalent of a high school diploma and demands $100 |
| 21B | L.P. | Fake diploma alleging graduation from a Haitian secondary school |
| 21C | L.P. | L.P.'s FCC/UEI College Foreign Diploma Evaluation Application |
| 21D | L.P. | L.P.'s Florida Driver's License |
| 22A | A.O.R. | Fake diploma alleging graduation from a Haitian secondary school in 2001 |
| 22B | A.O.R. | Fake transcript allegedly from 2001 |
| 22C | A.O.R. | Fake diploma alleging graduation from a Haitian secondary school in 2000 |
| 22D | A.O.R. | Fake transcript allegedly from 2000 |
| 23A | S.S. | S.S.'s class schedule at FCC |
| 23B | S.S. | S.S.'s Student Progress Report at FCC |

| | | |
|---|---|---|
| 24A | W.T. | Emails between FCC Customer Service Coordinator Kema Barkley and Rose Hart wherein Rose Hart affirms W.T. has the equivalent of a high school diploma and demands $100 |
| 24B | W.T. | W.T.'s FCC/UEI College Foreign Diploma Evaluation Application |
| 24C | W.T. | Fake diploma alleging graduation from a Haitian secondary school |
| 25 | S.T. | Fake transcript alleging credits earned from Brookshire International Academy |
| 26A | D.V. | Emails between FCC Customer Service Coordinator Kema Barkley and Rose Hart wherein Rose Hart affirms D.V. has the equivalent of a high school diploma and demands $100 |
| 26B | D.V. | FCC/UEI College Foreign Diploma Evaluation Application |
| 26C | D.V. | Fake diploma alleging graduation from a Haitian secondary school |
| 27 | G.V. | General Evaluation Report from Rose Hart certifying that G.V. had the equivalent of a high school diploma |